November 3, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF E.M.W., JR., M.J.W., AND I.W., CHILDREN

NO. 14-10-00964-CV

_____

This cause, an appeal from the judgment in favor of appellee, Eula Mae West, signed , was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Rotania La'Shea White-Thomas, to pay all costs incurred in this appeal.  We further order this decision certified below for observance.